**Order entered November 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01223-CV

## MICHAEL MORFORD D/B/A NEMAHA WATER SERVICES, ET AL, Appellants

### V.

## ESPOSITO SECURITIES, LLC, Appellee

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-05795

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Before the Court are (1) the parties' jurisdictional briefs, filed at the Court's direction; (2) appellants' October 3, 2014 amended emergency motion for temporary relief; (3) appellants' November 5, 2014 second amended emergency motion for temporary relief; and (4) appellants' November 13, 2014 request to expedite appeal. We **GRANT** the requests for temporary relief and **ORDER** the arbitration proceedings before the American Arbitration Association **STAYED** pending further order of this Court. Pursuant to section 171.021(c), a stay of the trial court proceedings is automatic. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 171.021(c) (West 2011). We **DENY** the request to expedite appeal as the appeal is docketed as an accelerated appeal.

We defer the jurisdictional issue to the submissions panel. As the record has been filed, we **ORDER** appellants to file their brief on the merits no later than December 16, 2014.

/s/     CRAIG STODDART
JUSTICE